

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DEUTSCHE BANK                          :        CIVIL ACTION
                                       :
     v.                                :
                                       :
BARBARA MOMENT                         :        NO. 12-4261
                                       :
                                       :
BARBARA MOMENT,                        :
        Third Party Plaintiff          :        FILED
                                       :        SEP 2 8 2012
     v.                                :
                                       :        MICHAEL E. KUNZ, Clerk
DEUTSCHE BANK, et al.                  :        By_____ Dep. Clerk
        Third Party Defendants         :

O R D E R

AND NOW, this 28 day of September, 2012, upon consideration of plaintiff's pro se amended complaint (Document No. 4), it is ORDERED that:

1.   The amended complaint is DISMISSED for the reasons discussed in the Court's Memorandum.  Plaintiff will not be given leave to amend because the Court finds that further attempts at amendment would be futile.

2.   This case shall be CLOSED.

                              BY THE COURT:


                              _____
                              EDUARDO C. ROBRENO, J.