

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEUTSCHE BANK | : | CIVIL ACTION |
| v. | : | |
| BARBARA MOMENT | : | NO. 12-4261 |
| | : | |
| BARBARA MOMENT,<br>Third Party Plaintiff | : | FILED |
| v. | : | SEP 2 8 2012 |
| DEUTSCHE BANK, et al.<br>Third Party Defendants | : | MICHAEL E. KUNZ, Clerk<br>By_____ Dep. Clerk |

O R D E R

AND NOW, this 28th day of September, 2012, upon consideration of plaintiff's <u>pro se</u> amended complaint (Document No. 4), it is ORDERED that:

1. The amended complaint is DISMISSED for the reasons discussed in the Court's Memorandum.  Plaintiff will not be given leave to amend because the Court finds that further attempts at amendment would be futile.

2. This case shall be CLOSED.

BY THE COURT:

_____
EDUARDO C. ROBRENO, J.